# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 18-00851 JVS (DFMx) | Date August 9, 2018 |
| Title Giovanni Signorelli, II v. Kate Fitzgerald et al | |

Present: The Honorable **James V. Selna**

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

**On July 2, 2018, the Court granted defendants motion to dismiss and plaintiff was granted to 30 days to amend the complaint. As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than August 24, 2018, why this action should not be dismissed for lack of prosecution.**

**The Court ORDERS the Scheduling Conference set for August 13, 2018 at 11:30 a.m. VACATED to be reset upon resolution of the Order to Show Cause.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |