JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Giovanni Signorelli, II, | ) | SACV 18-00851 JVS(DFMx) |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| v. | ) | LACK OF PROSECUTION |
| Kate Fitzgerald, et al., | ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause on August 9, 2018 as to why this action should not be dismissed for lack of prosecution, with a written response due on or before August 24, 2018 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 28, 2018

_____
James V. Selna
United States District Judge